October 27, 2026

**VIA ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Juneja et al. v. Association of National Advertisers, Inc.*,
No. 1:25-cv-09433-LAP

Dear Judge Preska:

The parties jointly submit this letter to respectfully request a seven-day extension of the deadline for the parties to file a joint motion for entry of an ESI protocol, from October 29, 2026 to November 5, 2026.

In their Joint Report of Rule 26(f) Initial Planning Meeting and Proposed Case Schedule, the parties proposed that they "shall file a joint motion for entry of an ESI protocol no later than October 29, 2026." (Dkt. 33 § 2.i.) On October 26, 2026, the Court endorsed the parties' submission and ordered that "[t]he above deadlines outlined by the parties shall apply." (Id. at 5.)

The parties have been working diligently to negotiate and finalize an ESI protocol. The parties require a short additional period to complete their review and finalize the proposed protocol for submission. The requested extension will not affect any other deadline in the case schedule, including the May 28, 2027 deadline for completion of fact discovery.

In accordance with the Court's Individual Practices, the parties state as follows: (1) the original deadline is October 29, 2026; (2) there have been no previous requests to extend this deadline; (3) accordingly, no previous request has been granted or denied; and (4) all parties consent to the requested extension.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jennifer Yule DePriest*
Jennifer Yule DePriest
*(admitted pro hac vice)*
REED SMITH LLP
10 S. Wacker Dr.
Chicago, IL 60606
Tel: (312) 207-1000
Fax: (312) 207-6400
jdepriest@reedsmith.com

Ian M. Turetsky
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
ituretsky@reedsmith.com

Christopher J. Pulido
*(admitted pro hac vice)*
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Tel: (415) 543-8700
Fax: (415) 391-8269
cpulido@reedsmith.com

*Counsel for Defendant Association of National Advertisers, Inc.*

*/s/ Ana Juneja*
Ana Juneja (NY Bar No. 6160642)
Ana Law LLC
1300 Pennsylvania Avenue NW,
Suite 700
Washington, DC 20004
Tel.: (212) 205-6700
Fax.: (212) 205-6701
docket@analaw.com

*Counsel for Plaintiffs*

cc: All Counsel of Record (via ECF)

The underlined request is GRANTED.
**SO ORDERED.**

Loretta A. Preska
Senior United States District Judge
October 28, 2026